# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LEO SFIKAS, <br><br> Defendant. | 18-PO-5232-JTJ <br><br> VIOLATION: 6563828 <br><br> Location Code: M13 <br><br> ORDER |

Based upon the unopposed motion of the United States and for good cause appearing, IT IS HEREBY ORDERED that the defendant shall pay a fine amount of $52.50 and a $30 processing fee for VN 6563828. The fine will be paid in full on or before November 30, 2018. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1362

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

DATED this 4th day of December, 2018.

*John Johnston*
United States Magistrate Judge